**Felix L. FIGUEROA–RESTO, Petitioner–Appellant,**

v.

**Bobby SHEARIN, Warden, Respondent–Appellee.**

No. 02–7175.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Felix L. Figueroa–Resto, Appellant Pro Se. Allen F. Loucks, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Felix L. Figueroa–Resto appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Figueroa–Resto v. Shearin,* No. CA–02–612–PJM (D. Md. filed July 31, 2002; entered Aug. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*